# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-CR-355 |
| JAMES CLARK NIX | § | Judge Mazzant |

## VERDICT OF THE JURY

We, the Jury find as follows:

### COUNT ONE

As to the offense charged in Count One of the Third Superseding Indictment, conspiracy to commit wire fraud, we, the Jury, find Defendant James Clark Nix:

_____  _____
Guilty                         Not Guilty

### COUNT TWO

As to the offense charged in Count Two of the Third Superseding Indictment, wire fraud, we, the Jury, find Defendant James Clark Nix:

_____  _____
Guilty                         Not Guilty

1

## COUNT THREE

As to the offense charged in Count Three of the Third Superseding Indictment, money laundering, we, the Jury, find Defendant James Clark Nix:

_____                    _____
Guilty                                              Not Guilty

## COUNT FOUR

As to the offense charged in Count Four of the Third Superseding Indictment, money laundering, we, the Jury, find Defendant James Clark Nix:

_____                    _____
Guilty                                              Not Guilty

Now proceed to have the Foreperson initial in the space provided and date this Verdict Form as the verdict of the Jury.

Foreperson's Initials: __              Date: 4/21/22